


IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

RACHEL A. REPLOGLE                    MISC. CASE NO. 17-mc-62

VERSUS                                JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY         MAGISTRATE JUDGE HANNA
LIMITED, ET AL.

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Rachel A. Replogle, as Administrator and Derivative Claimant, of the Estate of Ruth Anna Washington, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4th___ day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE